**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00370-CMA-MJW

CITIZEN CENTER, a Colorado nonprofit corporation,

    Plaintiff,

v.

SCOTT GESSLER, in his official capacity as Colorado Secretary of State,
SHEILA REINER, in her official capacity as Mesa County Clerk & Recorder,
SCOTT DOYLE, in his official capacity as Larimer County Clerk & Recorder,
PAM ANDERSON, in her official capacity as Jefferson County Clerk & Recorder,
HILLARY HALL, in her official capacity as Boulder County Clerk & Recorder,
JOYCE RENO, in her official capacity as Chaffee County Clerk & Recorder, and
TEAK SIMONTON, in her official capacity as Eagle County Clerk & Recorder,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DENY
PENDING MOTIONS TO DISMISS AS MOOT**

---

    The Court having reviewed the parties' Stipulated Motion to Deny Pending Motions to Dismiss as Moot and for Leave to File Excess Pages in Connection with Defendant Clerks' New Motion (Doc. # 39), and being fully advised in the premises, hereby ORDERS that the Motion is GRANTED.  Accordingly, it is

    FURTHER ORDERED that the Secretary's Rule 12(b)(1) Motion to Dismiss (Doc. # 31) and the County Clerks' Joint Motion to Dismiss (Doc. # 30) are DENIED AS MOOT.  No response by Plaintiff to these motions is necessary.  It is

FURTHER ORDERED that all new motions by Defendants to dismiss the First Amended Complaint **shall be due on June 4, 2012**, and Plaintiff's responses to all such motions **shall be due on June 28, 2012**. It is

FURTHER ORDERED that the Defendant Clerk and Recorders may collectively file one Joint Motion to Dismiss **NO MORE THAN 35 PAGES IN LENGTH**. It is

FURTHER ORDERED that Plaintiff Citizen Center is permitted to file a response **NO MORE THAN 35 PAGES IN LENGTH**, in response to any Joint Motion to Dismiss filed by Defendant Clerk and Recorders.

DATED:  May   22  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge