# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-00370-CMA-MJW     FTR - Courtroom A-502

**Date:**   July 13, 2012                     Courtroom Deputy, Ellen E. Miller

|  *Parties*  |  *Counsel*  |
|---|---|
| CITIZEN CENTER,<br>      Plaintiff(s), | Robert A. McGuire, III |
| v. | |
| SCOTT GESSLER,<br>SHEILA REINER,<br>SCOTT DOYLE,<br>PAM ANDERSON,<br>HILLARY HALL,<br>JOYCE RENO, and<br>TEAK SIMONTON,<br><br>      Defendant(s). | Maurice G. Knaizer<br>LeeAnn Morrill<br>David R. Frankel<br>David P. Ayraud<br>Linda K. Connors<br>Write Mott<br>David E. Hughes<br>Gillian Dale<br>Thomas J. Lyons<br>Bryan R. Treu |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION   HEARING / ORAL ARGUMENT**
**Court in Session:**    10:00 a.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiff's Emergency Motion for Magistrate's Reconsideration and Stay Pending Reconsideration of Part of the Court's June 4 Scheduling Order [Docket No. **46**, filed June 08, 2012] for argument.

Argument on behalf of plaintiff by Robert A. McGuire, III.
Responsive argument on behalf of counties in this lawsuit by Gillian Dale.
Responsive argument on behalf of Secretary of State by LeeAnn Morrill.
Rebuttal by Robert A. McGuire, III.

Defendant tenders Exhibit A to the Court.
Plaintiff tenders Exhibits 1, 2, and 3 to the Court.
These exhibits are reviewed by the Court for the purpose of this hearing only.


**It is ORDERED:**     Plaintiff's EMERGENCY MOTION FOR MAGISTRATE'S RECONSIDERATION AND STAY PENDING RECONSIDERATION OF PART OF THE COURT'S JUNE 4 SCHEDULING ORDER [Docket No.

**46**, filed June 08, 2012] is **TAKEN UNDER ADVISEMENT.**
The court will issue its written Order.

Plaintiff orally reiterates its Motion to Stay during the pendency of the Court's consideration of the Motion. The Court anticipates issuing its ruling on the motion no later than July 16, 2012, and thus the request to stay is denied.

Plaintiff is directed to provide by e-mail to the defendants at least a preliminary list of the topics expected to be raised in the Fed. R. Civ. P. 30(b)(6) depositions. Defendants are directed to review the outline and start determining who might be deposed.

HEARING CONCLUDES.

**Court in recess:**     12:03 p.m.

Total In-Court Time:   02:03

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.