IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00370-CMA-MJW

CITIZEN CENTER, a Colorado nonprofit corporation,

Plaintiff(s),

v.

SCOTT GESSLER, in his official capacity as Colorado Secretary of State;
SHEILA REINER, in her official capacity as Mesa County Clerk & Recorder;
SCOTT DOYLE, in his official capacity as Larimer County Clerk & Recorder;
PAM ANDERSON, in her official capacity as Jefferson County Clerk & Recorder;
HILLARY HALL, in her official capacity as Boulder County Clerk & Recorder;
JOYCE RENO, in her official capacity as Chaffee County Clerk & Recorder; and,
TEAK SIMONTON, in her official capacity as Eagle County Clerk & Recorder,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant Reno's Motion to Quash or, in the Alternative, for Protective Order (docket no. 103) is MOOT and therefore DENIED. Plaintiff Citizen Center has agreed to withdraw its August 16, 2012 subpoena served upon Response Technologies, Inc., and such withdrawal renders the subject motion (docket no. 103) MOOT. *See* Plaintiff's Citizen Center's Response (docket no. 114) at page 2, last two paragraphs.

Date: September 14, 2012