**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  12-cv-00370-CMA-MJW

CITIZEN CENTER,

    Plaintiff,

v.

SCOTT GESSLER, in his official capacity as Colorado Secretary of State,
SHEILA REINER, in her official capacity as Mesa County Clerk & Recorder,
SCOTT DOYLE, in his official capacity as Larimer County Clerk & Recorder,
PAM ANDERSON, in her official capacity as Jefferson County Clerk & Recorder,
HILLARY HALL, in her official capacity as Boulder County Clerk & Recorder,
JOYCE RENO, in her official capacity as Chaffee County Clerk & Recorder,
TEAK SIMONTON, in her official capacity as Eagle County Clerk & Recorder,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of the court at the motions hearing held before the Honorable Christine M. Arguello on September 21, 2012, and as reflected in the text-only Minute Entry for Proceedings, it is

ORDERED the case is dismissed due to lack of standing. Each party shall bear its own attorney fees. Defendants are awarded their costs and shall file a bill of costs within ten days after the entry of judgment.

DATED at Denver, Colorado this September <u>25th</u>, 2012.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: s/ Edward P. Butler
                            Edward P. Butler, Deputy Clerk