**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-00370-CMA-MJW

CITIZEN CENTER, a Colorado nonprofit corporation,

    Plaintiff,

v.

SCOTT GESSLER, in his official capacity as Colorado Secretary of State,
SHEILA REINER, in her official capacity as Mesa County Clerk & Recorder,
SCOTT DOYLE, in his official capacity as Larimer County Clerk & Recorder,
PAM ANDERSON, in her official capacity as Jefferson County Clerk & Recorder,
HILLARY HALL, in her official capacity as Boulder County Clerk & Recorder,
JOYCE RENO, in her official capacity as Chaffee County Clerk & Recorder, and
TEAK SIMONTON, in her official capacity as Eagle County Clerk & Recorder,

    Defendants.

---

**ORDER GRANTING MOTION FOR STAY DISCOVERY**

---

    This matter is before the Court on Plaintiff's Motion to Stay Discovery and, in the alternative, to Set a Scheduling Conference (Doc. # 153), filed February 25, 2015. The Court, having reviewed the motion and the case file, hereby ORDERS that the motion is GRANTED, and discovery in the above-captioned matter shall be STAYED pending disposition of Plaintiff's certiorari petition to the U.S. Supreme Court. It is

    FURTHER ORDERED that within 30 days of a determination on the certiorari petition, the Parties shall provide a joint status report to this Court regarding (1) the outcome of the certiorari petition, (2) the Parties' respective position as to the impact of

the grant or denial of certiorari on the pending litigation in the District Court, and (3) the Parties' position on likelihood of settlement. It is

FURTHER ORDERED that this case is administratively closed pending further action from the parties.

DATED: February  27 , 2015

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge