IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-00370-CMA-MJW

CITIZEN CENTER,

    Plaintiff,

v.

WAYNE WILLIAMS, et al.,

    Defendants.

**ORDER re: CITIZEN CENTER'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE PURSUANT TO 41(a)(2)**

Before the Court is Citizen Center's Unopposed Motion to Dismiss with Prejudice Pursuant to 41(a)(2). Being fully advised in the premises, the Court finds cause has been shown to grant the motion, and the motion is hereby GRANTED.

ACCORDINGLY, IT IS ORDERED that Citizen Center's remaining claims against the Secretary are dismissed with prejudice with each party to pay their own costs and attorney's fees. This action is dismissed.

DATED: August 19, 2015.

                                                */s/ Christine M. Arguello*
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge